IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. SWANSON,

    Petitioner,           No. CIV S-05-2206 MCE KJM P

    vs.

TOM CAREY, Warden,

    Respondent.         ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    Petitioner has filed a notice of related cases, asking the court to relate this case to Lark v. Carey, Civ. No. S-05-0664 DFL JFM P because of the identity of some of the issues. After review of the petition in Lark and the instant petition, the court finds that relation is not required under L.R. 83-123. Although the legal issues are similar, the factual underpinnings of the two different parole determinations at issue in the two cases are different. See L.R. 83-123 (a)(3).

    Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 31, 2005 request to relate this case to <u>Lark v. Carey</u>, Civ. No. 05-0664 DFL JFM P is denied.

2. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer.

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED: July 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
swan2206.100