IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. SWANSON,

           Petitioner,            No. CIV S-05-2206 MCE KJM P

    vs.

TOM CAREY, Warden,

           Respondent.        ORDER

_____/

        Petitioner has requested an extension of time to file and serve objections to the July 30, 2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's August 15, 2007 motion for an extension of time is granted; and

        2.  Petitioner shall file and serve objections to the July 30, 2007 findings and recommendations on or before September 19, 2007.

DATED:  August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
swan2206.111