IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. SWANSON,

      Petitioner,                       No. CIV S-05-2206 MCE KJM P

     vs.

TOM CAREY, Warden,              <u>ORDER</u>

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations and has requested the appointment of counsel.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's September 20, 2007 motion for the appointment of counsel is denied;

2. The findings and recommendations filed July 30, 2007, are adopted in full; and

3. Respondent's motion to dismiss the challenge to the 2001 parole hearing is granted and that respondent is directed to file an answer to the challenges to the 2003 parole hearing within sixty days.

Dated: September 27, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2