IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. SWANSON,

      Petitioner,               No. CIV 05-2206 MCE KJM P

   vs.

TOM CAREY, Warden,

      Respondent.        ORDER

_____/

      Petitioner has requested a second extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's January 24, 2008 request for an extension of time (docket no. 22) is granted; and

      2. Petitioner is granted ten days from the date of this order in which to file a reply.

DATED: January 31, 2008.

                              _____
                              U.S. MAGISTRATE JUDGE

2
swan2206.111