IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. SWANSON, | No. 2:05-cv-02206-MCE KJM P |
| Petitioner, | |
| vs. | ORDER |
| TOM CAREY, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is on appeal to the United States Court of Appeals for the Ninth Circuit.  On September 28, 2009, petitioner filed a document entitled "Declaration in Support of Request to Proceed in Forma Pauperis."  The court will construe this document as a request to proceed in forma pauperis on appeal.  The court file reflects that petitioner paid the filing fee for this action.

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who did not proceed in forma pauperis in the district court but desires to proceed in forma pauperis on appeal must file a motion in the district court which:

///

1

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

Petitioner's filed affidavit demonstrates his inability to pay or to give security for fees and costs. In his August 12, 2009 notice of appeal, petitioner claimed entitlement to redress and described the issues he intends to present on appeal. Petitioner has complied with the requirements of Fed. R. App. P. 24(a). Accordingly, his request to proceed in forma pauperis on appeal will be granted.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's September 28, 2009 request to proceed in forma pauperis on appeal is granted.

Dated: October 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE